*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


CHARLES GRIGGS and                                                                              PLAINTIFFS
MAVIS GRIGGS

vs.                                        CASE NO. 5:09cv00362 JMM

JESSIE ALLBRIGHT and                                                                            DEFENDANTS
HEADWATERS RESOURCES, INC.

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.  The jury trial scheduled September 12, 2011, is

canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to

reopen the action if it is satisfactorily shown that settlement has not been completed and

further litigation is necessary. If the parties desire any settlement agreement be made a

part of the record herein, they are directed to reduce it to writing and file with the Court

within 30 days of the date of this order.

IT IS SO ORDERED this 1st day of June, 2011.


_____
UNITED STATES DISTRICT JUDGE